JAMES H. WILKINSON, plaintiff in error, *vs.* NATHAN G. CHRISTY, defendant in error.

(McCay, J., having been of counsel, did not preside in this case.)

Before Judge CLARK. Lee Superior Court. March Term, 1869.

Christy obtained a judgment against Wilkinson, and he moved for a new trial. Various objections were made, and the new trial was refused. A bill of exceptions was sued out, and counsel consented to use in this Court the original evidence used in the Court below, but it was not here when the cause was called for hearing, and the cause was dismissed. See Minutes, June Term, 1869, page 435.

F. H. WEST, by D. A. VASON, for plaintiff in error.

C. B. WOOTTEN, by R. LYON, for defendant.